LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 25 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

05-00039

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. _____ |
| Plaintiff, ) | |
| vs. ) | **APPLICATION AND ORDER TO SEAL RECORD** |
| GERARDO ELOY GONZALEZ, JR., ) JOHN TIMOTHY PERALTA, ) DEANNA INGRID MORALES ) a/k/a DEANNA MORALES GUERRERO, ) SEAN MICHAEL COLE ) a/k/a SHAWN COLE, ) GILBERT JOSE MATTA, ) JESSICA ROSE MESA, ) LISA MARIE RODRIGUEZ ) a/k/a LISA RODRIGUEZ-COLE, and ) ANNETTE JOYCE GONZALEZ ) a/k/a ANNETTE ROMERO, ) Defendants. ) | |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in another criminal

//
//
//
//
//

matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this  25th  day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**IT IS SO ORDERED** this 25th day of May, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

-2-

Case 1:05-cr-00039   Document 2   Filed 05/25/2005   Page 2 of 2