%AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**GILBERT JOSE MATTA**

Case Number: **CR-05-00039-005**



(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)

**X** Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 25, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  *John McKinney*   *5/25/2005*

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: *SERVED TO DEFENDANT'S ATTORNEY*

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   *5-27-05*
Date

*J.L.R. SALAS*
Name of United States Marshal

*s/DUSM FRANKLIN J. TAIMAGUE*
(by) Deputy United States Marshal

Remarks:

*Attorney Louie Yanza.*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.