AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

JESSICA ROSE MESA

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00039-006

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, May 27, 2005 at 10:00 a.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE
(COUNT 2)

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

May 25, 2005
Date

## RETURN OF SERVICE

Service was made by me on:[1] *John Brown*     Date *5/28/2005*

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: *SERVED TO DEFENDANT'S ATTORNEY*

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  *5-27-05*
Date

*J.C.G. Salas*
Name of United States Marshal

*SIDUSM FRANKLIN J. THIMAVE*
(by) Deputy United States Marshal

Remarks:

*Attorney Jay Arnold*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.