# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### (SEALED)

FILED
DISTRICT COURT OF GUAM
MAY 2 7 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00039**    **DATE: 05/27/2005**    **TIME: 10:22 a.m.**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge     Law Clerk: None Present
Court Reporter: Wanda M. Miles                        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:22:26 - 10:38:40

************************ **A P P E A R A N C E S** ****************************

**DEFT: GERARDO ELOY GONZALEZ, JR.**     **ATTY : CYNTHIA V. ECUBE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: JOHN TIMOTHY PERALTA**     **ATTY : WILLIAM GAVRAS**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: DEANNA INGRID MORALES aka**     **ATTY : SAMUEL TEKER**
**DEANNA MORALES GUERRERO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: SEAN MICHAEL COLE aka SHAWN COLE**     **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: GILBERT JOSE MATTA**     **ATTY : LOUIE YANZA**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: JESSICA ROSE MESA**     **ATTY : JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY:  MARIVIC DAVID          AGENT: JOHN DUENAS, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: JUDY OCAMPO          U.S. MARSHAL: J. CURRY / F. TAITAGUE

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED:  ATTORNEYS APPOINTED (See Counsel listed bove)
( X ) DEFENDANTS SWORN AND EXAMINED:

| | |
|---|---|
| GERARDO ELOY GONZALEZ, JR. | HIGH SCHOOL COMPLETED: 11th Grade |
| JOHN TIMOTHY PERALTA | HIGH SCHOOL COMPLETED: 12th Grade; Some Community College |
| DEANNA INGRID MORALES | HIGH SCHOOL COMPLETED: 12th Grade |
| SEAN MICHAEL COLE | HIGH SCHOOL COMPLETED: 12th Grade |
| GILBERT JOSE MATTA | HIGH SCHOOL COMPLETED: 12th Grade |
| JESSICA ROSE MESA | HIGH SCHOOL COMPLETED: 11th Grade |

( X ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANST REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA

| | | |
|---|---|---|
| CASE NO. CR-05-00039 | | DEFENDANTS: GERARDO ELOY GONZALEZ, JR., ET AL. |

( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT   ( ) INFORMATION   ( X ) INDICTMENT
( X ) PLEAS ENTERED:   ( ) *GUILTY*   ( X ) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE INDICTMENT

( X ) TRIAL SET FOR:   JULY 11, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(  ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT *JESSICA ROSE MESA* IS RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT IN MAGISTRATE CASE NO. 05-00028

( X ) DEFENDANTS TO REMAIN IN CUSTODY AS PREVIOUSLY ORDERED BY THIS COURT IN THE FOLLOWING CASES:

| | |
|---|---|
| GERARDO ELOY GONZALEZ | MAGISTRATE CASE NO. 05-00025 |
| JOHN TIMOTHY PERALTA | MAGISTRATE CASE NO. 05-00026 |
| DEANNA INGRID MORALES | MAGISTRATE CASE NO. 05-00027 |
| SEAN MICHAEL COLE | MAGISTRATE CASE NO. 05-00028 |
| GILBERT JOSE MATTA | MAGISTRATE CASE NO. 05-00028 |

NOTES:

Counsel Van De Veld and Teker requested the Court to continue the trial date because of conflicts in schedule. The Court instructed counsel to file the appropriate motions.

Mr. Van De Veld (Counsel for Defendant Cole) requested permission from the Court to deliver a letter written by his client to his client's wife. He further requested the Court to Order the release of money taken from his client at the time of his arrest to be deposited at the Department of Corrections for his client's personal use. No objections. GRANTED.

Mr. Teker (Counsel for Defendant Morales) requested the Court to allow him to speak to his client's landlord for the purpose of her maintaining her apartment and avoid possible eviction. No objection. GRANTED.

Courtroom Deputy: _____