# UNITED STATES DISTRICT COURT



**FILED**

DISTRICT COURT OF GUAM

DISTRICT OF _____ **GUAM** ~~JUN 2 8 2005~~ ᴺᵇᵘ

**MARY L.M. MORAN**
**CLERK OF COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **NOTICE** | |
| V. | | |
| **GERARDO ELOY GONZALES, JR., et. al.** | CASE NUMBER: **CR-05-00039** | |



---

TYPE OF CASE:

☐ **CIVIL**          **X   CRIMINAL**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **District Court of Guam** **413** | |
| **4th Floor, U.S. Courthouse** | DATE AND TIME |
| **520 West Soledad Avenue** | **Friday, July 1, 2005 at 2:00 p.m.** |

TYPE OF PROCEEDING

**MOTION TO CONTINUE TRIAL**

---

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

---

**MARY L.M. MORAN**

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**June 28, 2005**

DATE

*Marilyn B. Alcon*
(BY) DEPUTY CLERK

TO:     U.S. Attorney's Office               William L. Gavras
        Howard Trapp                          Samuel T. Teker
        Joaquin C. Arriola, Jr.               Louie J. Yanza
        G. Patrick Civille
        Cynthia V. Ecube