HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000



FILED
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT

Attorney for defendant Sean Michael Cole

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 05-00039 |
| Plaintiff, | ( | NO OBJECTION |
| vs. | ( | |
| GERARDO ELOY GONZALEZ, JR., et al. | ( | |
| Defendants. | ( | |

Defendant Sean Michael Cole has no objection to unsealing the record in this proceeding.

Dated, Hagåtña, Guam,

July 11, 2005.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
Sean Michael Cole

(NoObj.SCole)