# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

JUL 11 2005 nov

**MARY L.M. MORAN**
**CLERK OF COURT**

(48)

7

8  **IN THE UNITED STATES DISTRICT COURT**

   **FOR THE DISTRICT OF GUAM**
9

10  UNITED STATES OF AMERICA,            )    CRIMINAL CASE NO. ~~04-00048~~  05-00039 tc
                                         )
11                    Plaintiff,         )
                                         )    **STIPULATION OF PARTIES TO**
12           vs.                         )    **UNSEAL RECORD; AND**
                                         )    **ORDER**
13                                       )
    GERARDO ELOY GONZALEZ, JR.,          )
14  JOHN TIMOTHY PERALTA,                )
    DEANNA INGRID MORALES                )
15  a/k/a DEANNA MORALES GUERRERO,       )
    SEAN MICHAEL COLE                    )
16  a/k/a SHAWN COLE,                    )
    GILBERT JOSE MATTA,                  )
17  JESSICA ROSE MESA,                   )
    LISA MARIE RODRIGUEZ                 )
18  a/k/a LISA RODRIGUEZ-COLE, and       )
    ANNETTE JOYCE GONZALEZ               )
19  a/k/a ANNETTE ROMERO,                )
                                         )
20                    Defendants.        )
    _____ )

21

22      The parties in the above-entitled matter, the United States of America, and the defendants,

23  by and through their respective counsel, and moves this Honorable Court for an Order unsealing

24  //

25  //

26  //

27  //

28  //



1  the record in the above-entitled cause, for the reason that the investigation in this case is now

2  complete and there is no further reason for these proceedings to remain silent.

3      SO STIPULATED.

4                                          LEONARDO M. RAPADAS
                                           United States Attorney
5                                          Districts of Guam and NMI

6

7  DATED: _7/8/05_                    By: _____
                                          MARIVIC P. DAVID
8                                         Assistant U.S. Attorney

9  DATED: _4/8/05_

10                                        _____
                                          CYNTHIA V. ECUBE
11                                        Attorney for Defendant
                                          Gerardo Eloy Gonzalez, Jr.

12  DATED: _7-8-05_

13                                        _____
                                          WILLIAM L. GAVRAS
14                                        Attorney for Defendant
                                          John Timothy Peralta

15  DATED: _7-11-05_

16                                        _____
                                          SAMUEL S. TEKER
17                                        Attorney for Defendant
                                          Deanna Ingrid Morales

18

19  DATED: _____              _____
                                          HOWARD TRAPP
20                                        Attorney for Defendant
                                          Sean Michael Cole

21

22  DATED: _7/8/05_                    _____
                                          LOUIE J. YANZA
23                                        Attorney for Defendant
                                          Gilbert Jose Matta

24  //

25  //

26  //

27  //

28  //

DATED: _____

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant
Lisa Marie Rodriguez
JESSICA MESA

**IT IS SO ORDERED** that the record be unsealed this _11d_ day of July, 2005.

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation



RECEIVED
JUL 1 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-