UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 11, 2005

Office of the Clerk
U.S. District Court, District of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagana, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JUL 15 2005
MARY L.M. MORAN
CLERK OF COURT

Case Name:      US -v- Annette Joyce Gonzalez
Case Number:    4-05-70415-WDB        District of Guam #CR-05-00039-008
Charges:        21:841(a)(1),(b)(A)(viii), 846, 952(a), 960(a)(1),(b)(1)(H), 963,
                18:1956(a)(1)(B)(I), 1956(h), 2

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil . The following action has been taken:

( )   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
(X)   The defendant has a court appearance in your court on: 7/29/05

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*

**Please be advised that the above entitled action was previously designated to the Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,
RICHARD WIEKING, Clerk
by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____         CLERK, U.S. DISTRICT COURT

                                              By _____
                                                    Deputy Clerk

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

FILED
JUL 8 - 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
ANNETTE JOYCE GONZALEZ
aka Annette Romero

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-05-70415-WDB | CR-05-00039-008 | 4-05-70415-WDB | CR-05-00039-008 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of Title 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii), 846 952(a), 960(a)(1),(b)(1)(H), 963 and Title 18, U.S.C. Sec. 1956(a)(1)(B)(i) and 1956(h) and 2

**DISTRICT OF OFFENSE** DISTRICT OF GUAM

**DESCRIPTION OF CHARGES:**
Count 1: Conspiracy to import into the U.S. from a place outside thereof, over 100 grams of methamphetamine hydrochloride, a Schedule II controlled substance
Count 2: Conspiracy to distribute over 100 grams of methamphetamine hydrochloride
Count 4: Conspiracy to launder the proceeds of drug trafficking by causing the movement of funds by wire in a manner to conceal the source of the funds

**CURRENT BOND STATUS:**
☒ Bail Fixed at $100,000 Unsecured Personal Recognizance (PR), Bond shall be transferred ~~and conditions were not set~~ to the District of Offense
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On July 7, 2005, the defendant waived her Identity/Removal Hearing in the District of Arrest.

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

IT IS HEREBY ORDERED that the defendant shall report to the United States District Court for the District of Guam before the General Duty Magistrate on Friday, July 29, 2005 at the time to be designated by the General Duty Magistrate Judge and when summoned by that District, and to abide by further orders of that Court. The defendant's counsel Assistant Federal Public Defender John Paul Reichmuth must contact the chambers of the General Duty Magistrate Judge in the District of Guam to confirm the time of the criminal master calendar on July 29, 2005 and to inform the defendant accordingly.

7-8-05
Date

_[signature]_
United States ~~Judge or~~ Magistrate Judge  WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _[signature]_
Deputy Clerk
Date JUL 11 2005

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

Document No. 7K
District Court
Criminal Case Processing

_handwritten margin note:_ cc: WDB's stats copies served to parties by ECF / certified copy to Marshal / pretrial

# ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

**FILED** JUN 20 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DATE:** 6/20/05
**CASE NUMBER:** 4-05-70415 WDB

**NAME OF DEFENDANT:** ANNETTE JOYCE
**ADDRESS OF DEFENDANT:** New Bridge Drug Treatment Prog.
**TELEPHONE NUMBER:**

**NAME OF SURETY:** ERIC BENAVIDES
**RELATIONSHIP TO DEFENDANT:** (Deft's Friend)
**ADDRESS OF SURETY:** 489 Tudor Rd., San Leandro, CA 94577
**TELEPHONE NUMBER:** (510) 430-0336

**NAME OF ~~CUSTODIAN~~ SURETY:** STEVE ANCHUNDO
**RELATIONSHIP TO DEFENDANT:** (Significant Other)
**ADDRESS OF ~~CUSTODIAN~~ SURETY:** 324 Copperfield Ave., Hayward, CA 94544
**TELEPHONE NUMBER:** (510) 706-2263

**AMOUNT OF BOND:** $100,000
☒ UNSECURED PR
☐ SECURED BY
☐ DEPOSIT RECEIVED
OTHER SECURITY POSTED
**TIME/DATE OF NEXT APPEARANCE:** 7/6/05 10:30 am
**COURTROOM/JUDGE:** #4 Mag. Judge BRAZIL

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.

☒ Defendant shall not commit any federal, state, or local crime.

☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.

☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, ~~Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma~~. See map on reverse side. & USDC Guam for court appear.

☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in Oakland, CA / Guam USDC. See addresses and telephone numbers on reverse side.

☒ Defendant shall surrender all passports and visas to the Court by ASAP if any, and shall not apply for any passports or other travel documents. Deft said she has no passport

☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.

☐ Defendant shall remain in the custody of custodian _____ at _____, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. If the custodian fails to do so, he/she will be prosecuted for contempt of court.

☒ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.

☒ Defendant shall not use alcohol ~~to excess~~ and shall not use or possess any narcotic or other controlled substance without a legal prescription.

☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.

☒ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.

☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.

☒ Defendant shall not change residence without prior approval of Pretrial Services.

☐ Defendant shall comply with the following curfew: _____ to _____.

☐ Defendant shall be subject to electronic monitoring or voice track monitoring, and shall contribute to the cost, all as directed by Pretrial Services.

Defendant may leave home for the purpose of _____

☒ The following conditions also apply:
The deft shall reside at New Bridge Drug Treatment Prog. and shall abide by their rules and regulations. The deft may leave the program only for court appearances, atty. visits, Pretrial Svcs. visits, & medical emergencies only.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

Document No. 4 of 9
District Court Criminal Case Processing

**SIGNATURE OF DEFENDANT:** /s/ Annette Joyce 6-20-05
**SIGNATURE(S) OF SURETY(ies):** /s/ Annette Gonzales 6/20/05
**SIGNATURE OF ~~CUSTODIAN~~ SURETY:** /s/ Steve Anchundo 6-20-05
/s/ Eric Benavides 6/20/05

**THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.**

**SIGNATURE OF MAGISTRATE JUDGE:** /s/ Wayne D. Brazil 6/20/05

Case 1:05-cr-00039  Document 50  Filed 07/15/2005  Page 3 of 12

1. CLERK OF COURT - WHITE COPY

KEVIN V. RYAN (CASBN 118321)
United States Attorney

EMUI L. CHOI (WVSBN 0722)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant U.S. Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3701
Telefax: (510) 637-3724

Attorneys for the United States

FILED
2005 JUN 14 AM 9:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANNETTE JOYCE GONZALEZ, <br> a/k/a Annette Romero, <br> Defendant. | CRIMINAL NO. 05-70415 <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 13, 2005, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an Indictment pending in the District of Guam, Case Number CR 05-00039-008.

In that case, the defendant is charged with the following violations:

**Count One:** Title 21, U.S.C. §§ 952(a), 960(a)(1),(b)(1)(H) and 963;

Conspiracy to import into the United States from a place outside thereof, over 100 grams of methamphetamine hydrochloride, a Schedule II controlled substance

**Count Two:** Title 21, U.S.C. §§ 841(a)(1),(b)(1)(A)(viii) and 846;

Conspiracy to distribute over 100 grams of methamphetamine hydrochloride, a Schedule II controlled substance

**Count Three**: Title 21, U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and (846);

Attempted possession with the intent to distribute approximately 162.5 grams of methamphetamine hydrochloride, a Schedule II controlled substance

**Count Four**: Title 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h) and 2.

Conspiracy to launder the proceeds of drug trafficking by causing the movement of funds by wire in a manner to conceal the source of the funds

PENALTY:

**Counts One, Two, and Three:**

Each count: Not less than 10 years nor more than life imprisonment; a fine of not more than $4,000,000, or both; at least 5 years supervised release; and a $100 special assessment.

**Count Four:**

0-20 years imprisonment; a fine of not more than $500,000; 3 years of supervised release; and a $100 special assessment.

Date: June 14, 2005.

Respectfully Submitted,
KEVIN V. RYAN

UNITED STATES ATTORNEY

_____
STEPHEN G. CORRIGAN
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

ANNETTE JOYCE GONZALEZ
aka ANNETTE ROMERO

**WARRANT FOR ARREST**

Case Number: CR-05-00039-008

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ANNETTE JOYCE GONZALEZ aka ANNETTE ROMERO
                                                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)
21:952(a), 960(a)((1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)
21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METAMPHETAMINE HYDROCHLORIDE (COUNT 2)
18:1956(a)(1)(B)(l), 1956(h) & 2 - MONEY LAUNDERING CONSPIRACY (COUNT 4)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Date         Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

COPY

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |
| 6 | Attorneys for United States of America |

**FILED**
DISTRICT COURT OF GUAM
MAY 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

05-00039

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. _____ |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | **CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a), 960 (a)(1), (b)(1)(H), and 963] (Count 1) |
| vs. | ) | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846] (Count 2) |
| GERARDO ELOY GONZALEZ, JR.,<br>JOHN TIMOTHY PERALTA,<br>DEANNA INGRID MORALES<br>a/k/a DEANNA MORALES GUERRERO,<br>SEAN MICHAEL COLE<br>a/k/a SHAWN COLE,<br>GILBERT JOSE MATTA,<br>JESSICA ROSE MESA,<br>LISA MARIE RODRIGUEZ<br>a/k/a LISA RODRIGUEZ-COLE, and<br>ANNETTE JOYCE GONZALEZ<br>a/k/a ANNETTE ROMERO, | ) | **ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846] (Count 3)<br><br>**MONEY LAUNDERING CONSPIRACY**<br>[18 U.S.C. §§ 1956(a)(1)(B)(i), 1956(h), and 2] (Count 4) |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in

the District of Guam and elsewhere, the defendants, GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO, and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to import into the United States from a place outside thereof, over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 952(a), 960 (a)(1), (b)(1)(H), and 963.

### COUNT II - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendants, GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii) and 846.

### COUNT III - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about May 17, 2005, in the District of Guam, the defendants herein, JOHN TIMOTHY PERALTA, SEAN MICHAEL COLE a/k/a SHAWN COLE, and DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, did unlawfully and knowingly attempt to possess with intent to distribute approximately 162.5 grams, gross weight, of

2

Case 1:05-cr-00039   Document 50   Filed 07/15/2005   Page 8 of 12

methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii), and 846.

## COUNT IV - MONEY LAUNDERING CONSPIRACY

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendants, GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, SEAN MICHAEL COLE a/k/a SHAWN COLE, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO, knowing that the property involved in financial transactions represented the proceeds of unlawful activity, to-wit, the distribution of methamphetamine hydrochloride in violation of Title 21, United States Code, § 841(a)(1), did knowingly and intentionally combine, conspire, confederate and agree together with each other and other co-conspirators to conduct such financial transactions affecting interstate and foreign commerce, to-wit, by causing the movement of funds by wire as more fully alleged below, which in fact involved the proceeds of said specified unlawful activity, and the defendants knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, and source of the proceeds of said specified unlawful activity:

| Date | Guam Sender | California Receiver | Money Transfers |
|------|-------------|---------------------|-----------------|
| 01/15/05 | Marie Rodriguez | Annette Gonzalez | Western Union, $900 |
| 02/06/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 02/07/05 | Sean Cole | Annette Gonzalez | Western Union, $200 |
| 02/11/05 | John Peralta | Annette Gonzalez | Western Union, $3,000 |
| 02/15/05 | John Peralta | Gerardo Gonzalez | Western Union, $2,000 |
| 02/21/05 | John Peralta | Gerardo Gonzalez | Western Union, $1,500 |
| 03/25/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 03/25/05 | John Peralta | Gerardo Gonzalez | Western Union, $1,500 |
| 03/29/05 | John Peralta | Gerardo Gonzalez | Western Union, $2,861 |

3

| Date | Guam Sender | California Receiver | Money Transfers |
|---|---|---|---|
| 04/03/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 04/05/05 | Lisa Cole | Annette Gonzalez | Postnet MoneyGram, $600 |
| 04/09/05 | John Peralta | Annette Gonzalez | Western Union, $750 |
| 04/11/05 | John Peralta | Annette Gonzalez | Western Union, $875 |
| 04/11/05 | John Peralta | Annette Gonzalez | Western Union, $2,000 |
| 04/11/05 | Lisa Cole | Annette Gonzalez | Western Union, $200 |
| 04/14/05 | John Peralta | Annette Gonzalez | Western Union, $1,650 |
| 04/19/05 | John Peralta | Annette Gonzalez | Western Union, $1,881 |

All in violation of Title 18 United States Code, §§ 2, 1956(a)(1)(B)(i) and 1956(h).

Dated this 25th day of May, 2005.

A TRUE BILL.

Original Signed by

DORIS J. RIVERA
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

RUSSELL C. STODDARD
First Assistant U.S. Attorney

4

## U.S. District Court
## California Northern District (Oakland)
## CRIMINAL DOCKET FOR CASE #: 4:05-mj-70415-WDB-ALL
## Internal Use Only

Case title: USA v. Gonzalez                          Date Filed: 06/14/2005

Assigned to: Hon. Wayne D. Brazil

**Defendant**

**Annette Joyce Gonzalez** (1)            represented by **John Paul Reichmuth**
*also known as*                                         Federal Public Defender's Office
Annette Romero (1)                                      Oakland
                                                        555 12th Street
                                                        Suite 650
                                                        Oakland, CA 94607-3627
                                                        (510) 637-3500
                                                        Fax: 510-637-3507
                                                        Email: john_reichmuth@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

**Pending Counts**                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                              **Disposition**
None

**Plaintiff**

| 07/08/2005 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Annette Joyce Gonzalez. Defendant committed to District of Guam. Signed by Judge Wayne D. Brazil on 7/8/05. (kc, COURT STAFF) (Filed on 7/8/2005) (Entered: 07/11/2005) |