**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez,
aka Lisa Rodriguez-Cole*



**FILED**
DISTRICT COURT OF GUAM

AUG -5 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | STIPULATION MODIFYING CONDITIONS OF RELEASE OF DEFENDANT LISA MARIE COLE |
| GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES, a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE, a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, **LISA MARIE RODRIGUEZ,** a/k/a **LISA RODRIGUEZ-COLE**, and ANNETTE JOYCE GONZALEZ, a/k/a ANNETTE ROMERO, | |
| Defendants. | |

The United States and defendant Lisa Maria Cole hereby stipulate that the portion of § (7)(j) of the Order Setting Conditions of Release requiring the defendant "not to associate with any co-defendants" be amended to provide as follows: "the Defendant shall not associate with any co-defendants, except she may freely contact and associate with her husband, Sean Cole, who is a co-defendant in this matter." The basis for this stipulation is that the parties agree that no

compelling state interest is served by prohibiting Defendant from communicating with her husband.

SO STIPULATED.

**CIVILLE & TANG, PLLC**

Date: August 4, 2005

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant Lisa Marie Rodriguez, aka Lisa Rodriguez-Cole*

**LEONARDO M. RAPADAS**
**United States Attorney**
**Districts of Guam and NMI**

DATE: August 5th, 2005

By: _____
**MARIVIC DAVID**
Assistant U.S. Attorney
*Attorneys for Plaintiff*
*United States of America*

2