**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Cole*



**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.05-00039 |
| Plaintiff, ) | |
| vs. ) | **ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT LISA MARIE COLE** |
| GERARDO ELOY GONZALEZ, JR., ) JOHN TIMOTHY PERALTA, ) DEANNA INGRID MORALES, ) a/k/a DEANNA MORALES GUERRERO, ) SEAN MICHAEL COLE, ) a/k/a SHAWN COLE, ) GILBERT JOSE MATTA, ) JESSICA ROSE MESA, ) **LISA MARIE RODRIGUEZ,** ) **a/k/a LISA RODRIGUEZ-COLE,** and ) ANNETTE JOYCE GONZALEZ, ) a/k/a ANNETTE ROMERO, ) Defendants. ) | |

By stipulation of the parties, for good cause shown,

IT IS HEREBY ORDERED that the portion of § (7)(j) of the Order Setting Conditions of Release requiring Defendant Lisa Marie Cole "not to associate with any co-defendants" is amended to provide as follows: "the Defendant shall not associate with any co-defendants, except



*United States of America vs. Gerardo Eloy Gonzalez, Jr., et al.,*
Criminal Case No. 05-00039
*Order Modifying Conditions of Release of Defendant Lisa Marie Cole*

she may freely contact and associate with her husband, Sean Cole, who is a co-defendant in this matter." All other terms and conditions of the Order Setting Conditions of Release shall remain in full force and effect.

DATE: August 8, 2005

_____
JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE

RECEIVED
AUG - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM