# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Lisa Marie Rodriguez<br>aka Lisa Rodriguez-Cole<br>    Defendant. | Case No. 1:05-cr-00039<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Order Setting Conditions of Release, filed August 9, 2005* on the dates indicated below:

*U.S. Attorney's Office G. Patrick Civille U.S. Probation Office U.S. Marshal Service*
*August 10, 2005   August 10, 2005  August 10, 2005   August 10, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Order Setting Conditions of Release, filed August 9, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005           /s/ Marilyn B. Alcon
                           Deputy Clerk