CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez,*
*aka Lisa Rodriguez-Cole*



FILED
DISTRICT COURT OF GUAM
AUG 2 2 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.05-00039 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GERARDO ELOY GONZALEZ, JR., ) | DEFENDANT LISA COLE'S MOTION |
| JOHN TIMOTHY PERALTA, ) | TO CONTINUE TRIAL DATE AND |
| DEANNA INGRID MORALES, ) | MOTION TO SEVER |
| a/k/a DEANNA MORALES GUERRERO, ) | |
| SEAN MICHAEL COLE, ) | |
| a/k/a SHAWN COLE, ) | |
| GILBERT JOSE MATTA, ) | |
| JESSICA ROSE MESA, ) | |
| **LISA MARIE RODRIGUEZ,** ) | |
| **a/k/a LISA RODRIGUEZ-COLE,** and ) | |
| ANNETTE JOYCE GONZALEZ, ) | |
| a/k/a ANNETTE ROMERO, ) | |
| ) | |
| Defendants. ) | |

Defendant Lisa Cole, through counsel, moves this Court for an Order continuing the trial date and severing her trial, pursunat to F.R.Cr. P 14(a) from that of her co-defendants. The basis for this motion is that the Court has appointed Pablo Stewart M.D., an expert witness, specifically a psychiatrist, to assist in her defense, pursuant to the provisions of 18 U.S.C. § 3006A, and the Court has ordered that all proceedings against Ms. Cole be stayed pending the receipt of a competency report from Dr. Stewart, which has not yet been received. Pursuant to 18 U.S.C.

§ 3161(h)(1)(A), the period of time from the filing of the Defendant's Motion to the entry of an order finding Ms. Cole competent is excluded for purposes of calculating the Defendant's speedy trial rights.

## MEMORANDUM OF POINTS AND AUTHORITIES

Ms. Cole has severe behavioral problems which make it impossible for her attorney to counsel with her and prepare her for trial. Dr. Stewart has completed his examination of Ms. Cole and has advised counsel that he has prepared a preliminary report, which he expects to finalize by the end of this week. Counsel believes that Dr. Stewart will find that Ms. Cole suffers from Post Traumatic Stress Disorder and severe Attention Deficit/Hyperactivity Disorder (AD/HD), and that her condition makes her presently incompetent to stand trial due to her inability to assist counsel in preparing her defense. Counsel further understands that Dr. Stewart will offer the opinion that Ms. Cole is likely to respond well to medication in the short term (longer term she will need medication and psychiatric treatment), and that she should be stabilized to the point where she can assist in her defense within approximately thirty (30) days once she begins taking the appropriate medications.

Counsel is attempting to make arrangements with a Guam physician to coordinate with Dr. Stewart to provide Ms. Cole with the recommended medications as quickly as possible.

Counsel has advised the U.S. Attorney's Office of these developments. The United States Attorney's Office, based on cooperation provided in the case, is prepared to offer Ms. Cole an opportunity to plead guilty to a significantly lesser charge once she is stabilized. Counsel for Ms.

2

Cole believes it is likely that Ms. Cole will accept this offer once she is calmed to the point where she is able to focus her attentions on her defense.

For these reasons, defendant Lisa Cole prays that her trial date be vacated pending the receipt of the report from Dr. Stewart and any hearing needed thereon, and that the proceedings against her be severed from the proceedings against her con-defendants

DATED at Hagåtña, Guam, this 24th day of August, 2005.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant Lisa Marie Rodriguez, aka Lisa Rodriguez Cole*