GUB NT ENT (5/04)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Lisa Marie Rodriguez,<br>aka Lisa Rodriguez-Cole,<br><br>    Defendant. | Case No. 1:05-cr-00039<br><br>**NOTICE OF ENTRY** |

   **NOTICE IS HERBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order Granting Motion to Continue Trial*
*and Denying Motion to Sever, filed 8/24/2005*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

**Date:** August 24, 2005                                         Clerk of Court
                                                                                **/s/ Mary L.M. Moran**

**Address of the Clerk's Office:**
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**Telephone No.** 671-473-9100