# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

        vs.

Lisa Marie Rodriguez,
aka Lisa Rodriguez-Cole,

        Defendant.

Case No. 1:05-cr-00039

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Notice of Entry of Order, filed August 24, 2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *G. Patrick Civille* | *Joaquin C. Arriola, Jr.* | *Louie Yanza* |
|---|---|---|---|
| *August 25, 2005* | *August 25, 2005* | *August 25, 2005* | *August 25, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Notice of Entry of Order, filed August 24, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 25, 2005

        /s/ Leilani R. Toves Hernandez
        Deputy Clerk