

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
SEP 13 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00039               DATE: September 13, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles                                      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 10:45:23 - 11:27:16     CSO: B. Benavente

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: JESSICA ROSE MESA**                                  **ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.             ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: GILBERT JOSE MATTA**                                 **ATTY: LOUIE YANZA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.             ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: LISA MARIE RODRIGUEZ - not present**                 **ATTY: G. PATRICK CIVILLE**
( ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.                 ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                                 AGENT:

U.S. PROBATION: GRACE FLORES / JUDY OCAMPO                   U.S. MARSHAL: W. GRAY

**PROCEEDINGS:**     - COMPETENCY HEARING
                     - MOTION TO SEVER

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By: _____
( X ) COMPETENCY HEARING CONTINUED TO: September 27, 2005 at 2:00 p.m.

**NOTES:**
Mr. Civille stated that defendant waived her right to be present for today's hearing. He also informed the Court that his client has not began treatment and gave reasons for the delay. The Court continued the Competency Hearing to September 27, 2005 at 2:00 p.m., at which time counsel will provide status as to the defendant's treatment.

Parties argued their position regarding the Motion to Sever. The Court Denied the Motion to Sever at this time and set trial for October 31, 2005 at 9:30 a.m. before Judge William Alsup. Trial is set for all three defendant's, however, should defendant Rodriguez not be competent for trial, then the Motion to Sever will be granted. No further written order to be issued.

( X ) DEFENDANT *MATTA* REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( X ) DEFENDANT *MESA* RELEASED ON PERSONAL RECOGNIZANCE AS PREVIOUSLY
      ORDERED

Courtroom Deputy: ____