DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL  MINUTES - GENERAL**



**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.  05-00039-007**          **DATE: September 27, 2005**

✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding | Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles | Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 2:16:19 - 2:20:19 | CSO: B. Benavente

✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱**A P P E A R A N C E S**✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱

**DEFT: LISA MARIE RODRIGUEZ - not present**      **ATTY :   G. PATRICK CIVILLE**
( ) PRESENT  ( ) CUSTODY  ( ) BOND    ( ) P.R.         ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**                **AGENT:**

**U.S. PROBATION:  MARIA CRUZ**                **U.S. MARSHAL: M. UNGACTA**

✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

**PROCEEDINGS:**          **COMPETENCY HEARING - CONTINUED PROCEEDINGS**

( ) **MOTION(s) ARGUED BY**    ( ) **GOVERNMENT**      ( ) **DEFENDANT(s)**
( ) **MOTION(s)**  ___Granted  ____Denied  ____Withdrawn  ___ **Under Advisement**
( ) **ORDER SUBMITTED**    ____Approved        ____Disapproved
( ) **ORDER to prepared By:** _____
( X ) **STATUS HEARING SET FOR** : October 18, 2005 at 9:30 a.m.

**NOTES:**

Defense waived his client's appearance for today's hearing.

Defense provided status regarding the defendant's medication and requested for a date in three weeks to set the matter for a status hearing or possibly a change of plea.  Government had no objections. The Court set the matter for status hearing on October 18, 2005 at 9:30 a.m.

( ) **DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL**
( ) **DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE AS PREVIOUSLY**
      **ORDERED**

Courtroom Deputy: