**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez,
aka Lisa Rodriguez-Cole*



**FILED**
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.05-00039 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS HEARING** |
| LISA MARIE RODRIGUEZ, ) | |
| a.k.a. LISA RODRIGUEZ-COLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The parties hereby stipulate that the status hearing herein, currently scheduled for Tuesday, October 18, 2005, shall be continued to Friday, October 28, 2005 at 9:30 a.m. The basis for the continuance is that counsel for the defendant is waiting for a supplemental report from Dr. Pablo Stewart regarding Mrs. Cole's responsiveness to treatment.

SO STIPULATED.

**CIVILLE & TANG, PLLC**

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant
Lisa Marie Rodriguez,
aka Lisa Rodriguez Cole*

Date: October 17, 2005

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: _____
**MARIVIC P. DAVID**
Assistant U.S. Attorney
*Attorneys for Plaintiff*

Date: October 17, 2005

ORIGINAL