**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez,
aka Lisa Rodriguez Cole*

FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER CONTINUING** |
| LISA MARIE RODRIGUEZ, ) | **STATUS HEARING** |
| a.k.a. LISA RODRIGUEZ-COLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Based upon the parties stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the status hearing in the above-entitled matter, currently scheduled for October 18, 2005, is continued to October 28, 2005 at 10:00 a.m.

SO ORDERED this _17th_ day of October, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE