DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00039-007    DATE: 10/28/2005

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:11:03 - 11:49:53    CSO: D. Quinata

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFT: **LISA MARIE RODRIGUEZ aka LISA RODRIGUEZ-COLE**    ATTY: **G. PATRICK CIVILLE**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID    AGENT:

U.S. PROBATION: STEPHEN GUILLIOT    U.S. MARSHAL: G. PEREZ

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____

**PROCEEDINGS:    STATUS CONFERENCE**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By: _____
( ) STATUS HEARING SET FOR: _____

**NOTES:**

**The Court stated that based upon the report received by Dr. Stewart, the Court found that the defendant is competent.**

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( x ) DEFENDANT RELEASED AS PREVIOUSLY ORDERED

Courtroom Deputy: _____