**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez,
aka Lisa Rodriguez-Cole*



FILED
DISTRICT COURT OF GUAM
JAN 23 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.05-00039 |
| Plaintiff, | |
| vs. | STIPULATION MODIFYING CONDITIONS OF RELEASE OF DEFENDANT LISA MARIE COLE |
| LISA MARIE RODRIGUEZ, a/k/a LISA RODRIGUEZ-COLE, et al., | |
| Defendants. | |

The United States and Defendant Lisa Maria Cole, through counsel, hereby stipulate that Defendant Cole is directed to participate in counseling as may be arranged by the U.S. Probation Office.

SO STIPULATED.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant Lisa Marie
Rodriguez, aka Lisa Rodriguez-Cole*

Date: January 20, 2006

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: _____
**MARIVIC DAVID**
Assistant U.S. Attorney
*Attorneys for Plaintiff
United States of America*

Date: January 20, 2006

ORIGINAL