CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Cole*



FILED
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00039 |
| Plaintiff, | ) | |
| vs. | ) | ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT LISA MARIE COLE |
| LISA MARIE RODRIGUEZ, a/k/a LISA RODRIGUEZ-COLE, *et al.*, | ) | |
| Defendants. | ) | |

By stipulation of the parties, for good cause shown,

IT IS ORDERED that Defendant Lisa Marie Rodriguez, aka Lisa Marie Cole, is hereby directed to participate in counseling as may be arranged by the U.S. Probation Office. All other terms and conditions of the Order Setting Conditions of Release, shall remain in full force and effect.

DATE: 1/24/2006

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE

RECEIVED
JAN 23 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL