ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL - 6 2006 nbo

MARY L.M. MORAN
CLERK OF COURT

1　LEONARDO M. RAPADAS
　　United States Attorney
2　MARIVIC P. DAVID
　　Assistant U.S. Attorney
3　Suite 500, Sirena Plaza
　　108 Hernan Cortez Ave.
4　Hagåtña, Guam 96910
　　Tel: (671) 472-7332/7283
5　Fax: (671) 472-7334

6　Attorneys for the United States of America

7　　　　　**IN THE UNITED STATES DISTRICT COURT**

8　　　　　　　**FOR THE DISTRICT OF GUAM**

9

10　UNITED STATES OF AMERICA,　　　　)　　CRIMINAL CASE NO. 05-00039
　　　　　　　　　　　　　　　　　　)
11　　　　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　　　　)
12　　　　　vs.　　　　　　　　　　　)　　**UNITED STATES' MOTION**
　　　　　　　　　　　　　　　　　　)　　**TO DISMISS SUPERSEDING**
13　　　　　　　　　　　　　　　　　　)　　**INDICTMENT**
　　　　　　　　　　　　　　　　　　)
14　GILBERT JOSE MATTA,　　　　　　　)
　　JESSICA ROSE MESA, and　　　　　)
15　LISA MARIE RODRIGUEZ　　　　　　　)
　　a/k/a LISA RODRIGUEZ-COLE,　　　)
16　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　　)
17　_____)

18　　　　COMES NOW the plaintiff, United States of America, by and through its undersigned

19　attorney, and moves that the Indictment in the above cause, as to defendant LISA MARIE

20　RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, be dismissed, for the reason that the defendant

21　entered a plea of guilty to an Information on October 12, 2005, under Criminal Case No. 05-

22　00077, which said Information incorporated similar criminal acts.

23　　　　RESPECTFULLY submitted this 6th_ day of July, 2006.

24　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　United States Attorney
25　　　　　　　　　　　　　　　　　Districts of Guam and NMI

26

27　　　　　　　　　　By: _____
　　　　　　　　　　　　　MARIVIC P. DAVID
28　　　　　　　　　　　　　Assistant U.S. Attorney