LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> GILBERT JOSE MATTA, ) <br> JESSICA ROSE MESA, and ) <br> LISA MARIE RODRIGUEZ ) <br> a/k/a LISA RODRIGUEZ-COLE, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 05-00039 <br><br> **ORDER** <br> Re: July 6, 2006 <br> United States' Motion to Dismiss <br> Superseding Indictment |

The United State's Motion to Dismiss the Superseding Indictment in the above cause, as to defendant LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, filed July 6, 2006, is hereby granted.

**SO ORDERED** this 6 day of July, 2006.

Wm. Fremming Nielsen
District Court of Guam