**FILED**
**DISTRICT COURT OF GUAM**
AUG -9 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>LISA MARIE RODRIGUEZ a.k.a.<br>LISA RODRIGUEZ-COLE<br>　　　　Defendant. | CRIMINAL CASE NO. 05-00039-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF CALIFORNIA BIRTH<br>CERTIFICATE |

COMES NOW, U.S. Probation Officer Maria C. Cruz, in the above-captioned case and requests for the release of the California Birth Certificate, held by the Court as a condition of the defendant's release on bond.

Dated this ____8th____ day of August 2006.

_____
MARIA C. CRUZ
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Maria C. Cruz, Clerk of Court is hereby ordered to release the California Birth Certificate, belonging to the defendant, Lisa Marie Rodriguez.

Dated this ____9th____ day of August 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge



**RECEIVED**
AUG - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**